# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

KENNETH KRAEGER

NO. 3:11-CR-84

(JUDGE CAPUTO)

## ORDER

**NOW**, this 20th day of March, 2017, **IT IS HEREBY ORDERED THAT:**

(1) Petitioner's second Request for Permission to Amend Motion Made Under 28 U.S.C. § 2255 (Doc. 294) is **GRANTED**.

(2) Within **thirty (30) days** of the date of this Order, the United States shall respond to Petitioner's 28 U.S.C. § 2255 Motion, as amended (Docs. 286, 289, 294).

(3) Petitioner shall, if he so desires, submit a reply to the United States's response within **twenty-one (21) days** of its filing.

(4) A determination of whether Petitioner shall be produced for a hearing will be held in abeyance pending submission of a response.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge