# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH KRAEGER,

    Petitioner-,

        v.

UNITED STATES OF AMERICA,

    Respondent-.

CRIMINAL ACTION NO. 3:11-CR-00084

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 19th day of December, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Docs. 286; 289; 294) is **DENIED**.

(2) A certificate of appealability **shall not issue**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge